Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. ELIZABETH A. DOLAN, Appellant, for Compensation under the Workmen's Compensation Law, v. GREAT LAKES DREDGE AND DOCK COMPANY and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, Respondents.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by BRYAN DOWLING, Appellant, under the Workmen's Compensation Law, v. THOMAS B. DOWLING, Employer, and FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Respondents.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HENRY W. RIDOUT, Respondent, for Compensation under the Workmen's Compensation Law, v. RODGERS AND HAGERTY, INC., Employer, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JAMES A. HENDERSON, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN DONOVAN COMPANY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of IDA MAY COOLEY, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of JOHN COOLEY, v. AMERICAN LA FRANCE FIRE ENGINE COMPANY, Employer; THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PRESIDENT AND TRUSTEES OF THE INCORPORATED VILLAGE OF WALTON, DELAWARE COUNTY, and Twenty-six Citizens and Property Owners of Said Village v. THE PUBLIC SERVICE COMMISSION, SECOND DISTRICT OF NEW YORK, and WALTON PEOPLE'S TELEPHONE COMPANY, INC., Defendants.— Reargument ordered and case set down for September twenty-fourth, ten A. M. (See 182 App. Div. 904.)

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM S. BARLOW.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL J. HARRIS, Relator, v. BORDEN D. SMITH, Mayor, and Others, the Members of and Composing the Common Council of the City of Johnstown, New York, Respondents. — Writ dismissed and determination unanimously confirmed, with ten dollars costs and disbursements. H. T. Kellogg, J., not sitting.

WILLIAM H. SMITH, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 14682.) — Judgment affirmed, with costs, on the authority of *Remington* v. *State of New York* (116 App. Div. 522). All concurred, except John M. Kellogg, P. J., dissenting on the ground that the maintenance of the park was a governmental function. (*Barrett* v. *State of New York*, 220 N. Y. 423.)

COUNTY OF SULLIVAN, Appellant, v. CORNELIUS E. DOWNIE, Defendant,

and GLOBE INDEMNITY COMPANY, Respondent.    (Action No. 1.) — Order unanimously affirmed, with ten dollars costs and disbursements.

COUNTY OF SULLIVAN, Appellant, v. CORNELIUS E. DOWNIE, Defendant, and GLOBE INDEMNITY COMPANY, Respondent.    (Actions Nos. 2 to 100.) — Order unanimously affirmed, with ten dollars costs and .disbursements.

AUGUSTUS H. VAN BUREN, Appellant, v. ROBERT L. WENSLEY, etc., Appellants.    FIRST NATIONAL BANK OF SAUGERTIES and Others, Respondents. — Motion granted, without costs.

FREMONT F. WILLIAMS, Appellant, v. LIZZIE MERRILL, Respondent. In the Matter of the Application of LIZZIE MERRILL to Compel FREMONT F. WILLIAMS, Appellant, to Summarily Pay to Petitioner $833.72, with Interest, etc.— Motion denied.    Lyon, J., not sitting.

WILLIS J. BREWSTER, Appellant, v. JOSEPH B. GARLICK and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

JENNETTE HAYES, Appellant, v. HUDSON RIVER TELEPHONE COMPANY, Respondent.— Judgment affirmed, with costs.    All concurred, except Cochrane, J., dissenting.

In the Matter of the Judicial Settlement of the Accounts of JOHN S. SHEDDEN and Another, as Temporary Administrators, etc., of ARNOLD H. ELLIS, Deceased.    In the Matter of the Judicial Settlement of the Accounts of JOHN S. SHEDDEN and Another, as Executors, etc., of ARNOLD H. ELLIS, Deceased.— Motion to dismiss appeals granted, without costs.    H. T. Kellogg, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim for Compensation under the Workmen's Compensation Law to MARY N. TAMMANY, Widow, and Two Minor Children, Respondents, for the Death of the Husband and Father, HENRY F. TAMMANY, v. CITIZENS BREWING CORPORATION, Employer, and STANDARD ACCIDENT INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Judicial Settlement of the Accounts of EDWIN L. HULETT and Another, as Administrators, etc., of ERT H. DOLLAR, Deceased, etc., Respondents, v. LAWRENCE RUSSELL, Appellant.— Order modified by providing that in lieu of paying the moneys into court, as therein directed, the appellant may file an undertaking, with sufficient sureties, to be approved by the surrogate as to form and sufficiency, and as so modified affirmed, without costs.    All concurred.    The appellant suggested, in open court, his desire to file such security, which suggestion was acquiesced in by the respondent.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by SAM MEZERITSKY, Respondent, v. MEZERITSKY & MILLER, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim of ANNA LEE and Others, Respondents, for Compensation under the Workmen's Compensation Law, v. TRANSIT DEVELOPMENT COMPANY, Employer and Self-insurer, Appellant.— Award unanimously affirmed.